Stephen H. Dye, State Bar No. 104385
sdye@mortensontaggart.com
Charles F. Harlow, State Bar No. 200702
charlow@mortensontaggart.com
**MORTENSON TAGGART ADAMS LLP**
Two Walnut Creek Center
200 Pringle Avenue, Suite 450
Walnut Creek, California 94596
Telephone: (925) 771-3140
Nissane-service@mortensontaggart.com
Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

Kevin Y. Jacobson, Esq.
kjacobson@quillarrowlaw.com
Andrew Jung, Esq.
ajung@quillarrowlaw.com
**QUILL & ARROW, LLP**
10880 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 933-4271
e-service@quillarrowlaw.com
Attorneys for Plaintiff
JOEL E. FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

JOEL E. FELIX, an individual,

Plaintiff,

vs.

NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,

Defendants.

CASE NO. 8:25-cv-01537-DFM

*Hon. Douglas F. McCormick*
Courtroom 6B (Santa Ana)

**STIPULATION TO AMEND CASE MANAGEMENT AND SCHEDULING ORDER**

Action Filed: June 13, 2025
Trial Date: December 1, 2026

Plaintiff Joel E. Felix ("Plaintiff") and Defendant Nissan North America, Inc. ("Nissan")(collectively, "the Parties"), by and through their respective counsel of record, respectfully submit this Stipulation to Amend the Case Management and Scheduling Order to extend the discovery cut-off date, currently set as **July 14, 2026**, to **August 28, 2026**, thus allowing the Parties to timely to complete non-expert discovery, including Person Most Qualified and Plaintiff depositions.

The Parties agree that each will be prejudiced if either is unable to complete the deposition of the other despite being diligent in trying to obtain availability and dates for each.

The Parties are not seeking any further amendments to the Scheduling Order at this time.

WHEREAS, the instant case was removed to federal court on July 14, 2025. [ECF No. 1];

WHEREAS, the instant case was transferred to this Court's calendar on July 14, 2025. [ECF No. 4];

WHEREAS, on October 1, 2025, the Court issued its Case Management and Scheduling Order in the instant case. [ECF No. 10]. July 14, 2026 is the current discovery cut-off date and trial is scheduled for December 1, 2026. [ECF No. 10 at p. 11];

WHEREAS, between on May 6, 2026 and July 1, 2026, counsel for Plaintiff and Nissan productively communicated via email regarding possible dates for the depositions of Plaintiff and Nissan's Person Most Qualified but, due to unavailability and other scheduling challenges by witnesses, the Parties' deponents are available only after July 14, 2026;

WHEREAS, the Parties agree that each other has been diligent in attempting to obtain and complete the depositions of Plaintiff and Nissan's Person Most Qualified, and that the Parties will be unduly prejudiced if each is unable to timely complete a deposition of the other party;

WHEREAS, the Parties do not anticipate needing to further amend the Case Management and Scheduling Order.

THEREFORE, in order to afford the Parties full opportunity to conduct discovery of the other in advance of trial, the Parties respectfully request the Court to amend the Scheduling Order to extend the discovery deadline from **July 14, 2026** to **August 28, 2026**.

The Parties are not currently requesting any further amending of the Scheduling Order.

IT IS SO STIPULATED.

DATED: July 28, 2026 MORTENSON TAGGART ADAMS LLP

By: s/ Charles F. Harlow
Stephen H. Dye
Charles F. Harlow
Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

DATED: July 28, 2026 QUILL & ARROW, LLP

By: /s/ Andrew Jung
Kevin Y. Jacobson, Esq.
Andrew Jung, Esq.
Attorneys for Plaintiff
JOEL E. FELIX

**CERTIFICATE OF SERVICE**
**Joel E. Felix, et al. v. Nissan North America, Inc.**
**Action No. 8:25-cv-01537-DFM**

STATE OF CALIFORNIA )
) ss
COUNTY OF CONTRA COSTA )

I am employed by Mortenson Taggart Adams LLP in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action. My business address is: 200 Pringle Avenue, Suite 450, Walnut Creek, CA 94596. On July 28, 2026, I served the within document(s):

**STIPULATION TO AMEND THE CASE MANAGEMENT AND SCHEDULING ORDER**

☒ **BY ELECTRONIC SERVICE** by transmitting via my electronic service address (sarzave@mortensontaggart.com) the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Kevin Y. Jacobson, Esq.
Andrew Jung, Esq.
**QUILL & ARROW, LLP**
10880 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645
kjacobson@quillarrowlaw.com
ajung@quillarrowlaw.com
dstocca@quillarrowlaw.com
e-service@quillarrowlaw.com

Attorneys for Plaintiff(s):
*Joel E. FELIX*

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct.

Executed on July 28, 2026, at Walnut Creek, California.

[signature]
Susie Arzave