JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOEL E. FELIX,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., et al.,<br><br>Defendants. | Case No. 8:25-cv-01537-DFM<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND REQUIRING FILING OF DISMISSAL |

On August 18, 2026, the parties filed a Joint Notice of Settlement, advising the Court that the parties have settled this matter, with the attorneys' fees, costs, and expenses remaining outstanding and to be determined by agreement of the parties or by motion. See Dkt. 15. The parties request the Court vacate any upcoming hearings and deadlines pending the performance of the settlement terms and that the Court continue to retain jurisdiction to enforce the terms of the settlement agreement. See id.

Accordingly, the Court hereby orders all proceedings in this case stayed pending final settlement. It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause within **ninety (90) days**, to reopen the action if settlement is not consummated. The parties shall file a stipulation of dismissal no later than **November 16, 2026**. If no

dismissal is filed, the Court will deem the matter dismissed at that time.

The Court retains full jurisdiction over this action, and this order shall not prejudice any party in the action.

Date: August 31, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge